# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# NORFOLK DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CRIMINAL NO. 2:15cr132 |
| | ) |
| CINDY HALL and | ) |
| | ) |
| STEPHANIE ALMOND, | ) |
| | ) |
| Defendants. | ) |

## CONSENT MOTION FOR CONTINUANCE OF SENTENCINGS

NOW COMES the United States of America, by Dana J. Boente, United States Attorney, and Elizabeth M. Yusi, Assistant United States Attorney, and respectfully moves this Court for a brief continuance of the sentencings of the defendants scheduled for May 4, 2016, and in support of said motion, states as follows:

1) The undersigned counsel is the lead and only counsel in the above-captioned matter.

2) On April 27, 2016, the undersigned counsel unexpectedly had to leave town after a death in her family. She is unaware of when she will be back in the office at the time of this filing.

3) The undersigned counsel respectfully requests a brief continuance of the sentencings, in order to adequately prepare position papers and for the sentencings.

4) Defense counsel and the United States Probation Office have been contacted and do not oppose this request.

WHEREFORE, the government respectfully requests that this Court allow for a brief continuance of the sentencings of the defendants scheduled for May 4, 2016, to a date and time agreeable to the Court and the parties.

Respectfully submitted,

DANA J. BOENTE
UNITED STATES ATTORNEY

By: _____/s/_____
Elizabeth M. Yusi
Assistant United States Attorney
Attorney for the United States
United States Attorney's Office
101 West Main Street, Suite 8000
Norfolk, VA 23510
Office Number:   757-441-6331
Facsimile Number: 757-441-6689
E-Mail Address: elizabeth.yusi@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of April, 2016, I filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

Sonny Stallings, Esq.
Jessica Carmichael, Esq.
Phoenix Ayotte Harris, Esq.

                                                  /s/
                                        Elizabeth M. Yusi
                                        Assistant United States Attorney
                                        Attorney for the United States
                                        United States Attorney's Office
                                        101 West Main Street, Suite 8000
                                        Norfolk, Virginia 23510
                                        Telephone Number - 757-441- 6331
                                        Facsimile Number - 757-441-6689
                                        E-mail Address – elizabeth.yusi@usdoj.gov